█    In the Matter of TANYA GANT, an Infant, by WILSON GANT, Her Father, et al., Respondents, v BERNARD LEVINE, as Receiver, Appellant. (And Two Other Titles.)—Appeal by Bernard Levine, receiver, from an order of the Supreme Court, Kings County, dated October 9, 1975, which granted petitioners' application, *inter alia,* (1) to vacate a prior order of the same court, dated February 9, 1972, which, *inter alia,* settled his account as receiver and (2) for permission to sue him. Order affirmed, with $50 costs and disbursements. A showing of affirmative negligence by a receiver is not necessary in order to hold him liable in his official capacity (see General Obligations Law, § 9-101; *Munoz v Pappas,* 16 AD2d 142). Accordingly, the order of Special Term, *inter alia,* vacating the discharge of appellant as receiver, was proper. Cohalan, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.